(October 27, 1952.)

■

EDNA MARSICH, Appellant, v. JOHN MARSICH et al., Respondents.— Motion to resettle order of this court made October 14, 1952, granted. Order resettled so as to include a provision that the stays contained in the order to show cause made by Mr. Justice MACCRATE on August 27, 1952, and in the order of this court made September 17, 1952, are vacated. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 944.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR BAKER, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ. Motion for reargument denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 899.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN AARON ROBBINS, Appellant.— Motion referred to the court that rendered the decision. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied. Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 795.]

■

YETTA WEINBERG, Respondent, v. BUFFALO SAVINGS BANK et al., Defendants, and HARRY PORTNER, as Administrator of the Estate of LOUIS PORTNER, Deceased, Appellant.— Motion referred to the court that rendered the decision on the appeal. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 900.]

■

MIRIAM YANKELEVITZ et al., Individually and as Copartners Trading as YANKEE NOVELTY CO., Appellants, v. TECH-ART PLASTICS COMPANY, INCORPORATED, Respondent.— Motion referred to the court that rendered the decision. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 897.]